IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 6:11-cv-6370-TC |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TRUMAN J. BERST, an individual | ) | |
| d/b/a ALTERNATIVE HEALTH & | ) | |
| HERBS REMEDIES, | ) | |
| | ) | |
| Defendant. | ) | |

Magistrate Judge Thomas M. Coffin filed Findings and
Recommendation on January 31, 2012, in the above entitled case.
The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B)
and Fed. R. Civ. P. 72(b). When either party objects to any
portion of a magistrate judge's Findings and Recommendation, the
district court must make a de novo determination of that portion
of the magistrate judge's report. See 28 U.S.C. § 636(b)(1);

1   - ORDER

McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,
656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920
(1982).

Plaintiff has timely filed objections. I have, therefore,
given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge
Coffin's Findings and Recommendation filed January 31, 2012, in
its entirety. Defendant's motion to dismiss is denied.

IT IS SO ORDERED.

DATED this _____16th____ day of _____March_____, 2012.

_____Michael C. Hogan_____
UNITED STATES DISTRICT JUDGE

2   - ORDER