IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>TRUMAN J. BERST, an individual d/b/a ALTERNATIVE HEALTH & HERBS REMEDIES,<br><br>           Defendant. | No. 6:11-cv-6370-TC<br><br>ORDER |

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on August 2, 2012, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell</u>

1      - ORDER

<u>Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).

Defendant has filed objections. In addition, defendant has filed a motion to take judicial notice (#30) of the fact that Judge Coffin's proposed order of summary judgment and permanent injunction is a word-for-word copy of the proposed consent decree that the government attempted to the defendant agree to in the first place. I have given de novo review of Magistrate Judge Coffin's ruling. I have also considered the motion for judicial notice and its supporting documents. I find no error. Accordingly, I adopt Magistrate Judge Coffin's Findings and Recommendation filed August 2, 2012, in its entirety. The United States' motion summary judgment (#15) is granted.

CONCLUSION

I adopt Magistrate Judge Coffin's Findings and Recommendation(#27) filed August 2, 2012.

DATED this 20th day of Sept., 2012.

_____
UNITED STATES DISTRICT JUDGE

2       - ORDER